FILED'09 AUG 24 16:53 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BILL J. JACKSON,                                    08-CV-6177-JE

        Plaintiff,                              ORDER

v.

MICHAEL J. ASTRUE,

        Defendant.

BROWN, Judge.

    Magistrate Judge John Jelderks issued Findings and Recommendation (#23) on August 3, 2009, in which he recommended this Court deny the Commissioner's Motion to Remand (#19), reverse the Commissioner's final decision denying Plaintiff's application for Disability Insurance Benefits, and remand this matter pursuant to sentence four of 42 U.S.C. § 405(g) for the calculation and award of benefits. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1  -  ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (9th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderk's Findings and Recommendation (#23). Accordingly, the Court **DENIES** the Commissioner's Motion (#19) to Remand, **REVERSES** the decision of the Commissioner, and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for the calculation and award of benefits.

IT IS SO ORDERED.

DATED this 24th day of August, 2009.

_____
ANNA J. BROWN
United States District Judge