Kathryn Tassinari, OSB # 80115
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR 97401
(541) 686-1969
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

BILL J. JACKSON,  )
                  )  Case No. 08-6177-JE
       Plaintiff, )
                  )  ORDER APPROVING PLAINTIFF'S
                  )  MOTION FOR ATTORNEY FEES
  vs.             )  PURSUANT TO 42 U.S.C. §406(b)
                  )
MICHAEL J. ASTRUE,)
Commissioner of Social Security, )
                  )
       Defendant. )

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $18,983.00 for attorney fees pursuant to 42 U.S.C. §406(b). The Commissioner shall deduct from $18,983.00 an administrative assessment under 42 USC §406(d) and pay Plaintiff's counsel the balance. In addition, plaintiff's counsel shall refund the EAJA fee of $6,914.43 awarded herein to Plaintiff.

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b) - 1

IT IS SO ORDERED this 2nd day of July, 2010.

_____
U.S. District Judge

PRESENTED BY:

s/ Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 2